IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:13-cv-1469-TWP-DML |
| | ) |
| SUN PHARMACEUTICAL INDUSTRIES LTD. and SUN PHARMA GLOBAL FZE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

Adam L. Perlman of the firm Williams & Connolly LLP hereby enters his appearance on behalf of plaintiff Eli Lilly and Company.

Respectfully submitted,

Dated: September 16, 2013

  /s/ Adam L. Perlman
Adam L. Perlman
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000
(202) 434-5029 (Facsimile)
aperlman@wc.com

*Attorney for Plaintiff Eli Lilly and Company*