IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:13-cv-1469-TWP-DML |
| SUN PHARMACEUTICAL INDUSTRIES LTD. and SUN PHARMA GLOBAL FZE, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

Bruce R. Genderson of the firm Williams & Connolly LLP hereby enters his appearance on behalf of plaintiff Eli Lilly and Company.

Respectfully submitted,

Dated:  September 23, 2013

  */s/ Bruce R. Genderson*
Bruce R. Genderson
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000
(202) 434-5029 (Facsimile)
bgenderson@wc.com

*Attorney for Plaintiff Eli Lilly and Company*