IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:13-cv-1469-TWP-DML |
| | ) |
| SUN PHARMACEUTICAL INDUSTRIES LTD. and SUN PHARMA GLOBAL FZE, | ) ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF INITIAL EXTENSION OF TIME

Defendants, Sun Pharmaceutical Industries Ltd. and Sun Pharma Global FZE (collectively, "Sun"), by counsel, pursuant to Fed.R.Civ.P. 6(b) and S.D.Ind.L.R. 6-1(b), respectfully provide the Court this notice of initial extension of time within which it has to answer, move or otherwise respond to the Complaint filed by Plaintiff, Eli Lilly and Company ("Lilly"), and in support of this Notice, states as follows:

1. Lilly filed its Complaint on September 13, 2013. [Dkt. #1]

2. Sun was served by certified mail on September 17, 2013. Pursuant to Fed.R.Civ.P. 12(A)(1), the deadline for Sun to respond to the Complaint is October 8, 2013, which has not yet expired.

3. Pursuant to Local Rule 6-1(b), Sun shall be automatically allowed up to a twenty-eight (28) day initial extension of time to respond to Lilly's Complaint and no further filings with the Court, nor action by the Court, shall be required for the extension.

4. David M. Krinsky, counsel for Plaintiff, advises that Lilly does not object to the extension.

5. Therefore, the new deadline for Sun to answer, move or otherwise respond to the Complaint is November 5, 2013.

Respectfully Submitted,

By: *s/ Alice M. Morical*
Alice M. Morical (#18418-49)
HOOVER HULL LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, Indiana  46244-0989
317-822-4400 (Phone)
317-822-0234 (Facsimile)
Email: amorical@hooverhull.com
*Attorney for Defendants, Sun Pharmaceutical Industries Ltd. and Sun Pharma Global FZE*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 8th day of October, 2013, the preceding Notice of Initial Extension of Time was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*s/ Alice M. Morical*

667720