# UNITED STATES DISTRICT COURT
## Southern District of Indiana

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

☑ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]
)
)
) 1:10-cv-1376-TWP-DKL
) 1:12-cv-00086-TWP-DKL
) 1:13-cv-1469-TWP-DKL
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
| --- | --- | --- |
| **Name:** | Megan A. Hughes | Megan A. Siddall |
| **Law Firm, Company, and/or Agency:** | Williams & Connolly LLP | Williams & Connolly LLP |
| **Address:** | 725 Twelfth Street NW<br>Washington, DC 20005 | 725 Twelfth Street NW<br>Washington, DC 20005 |
| **Primary E-mail:** | mhughes@wc.com | msiddall@wc.com |
| **Secondary E-mail(s):** |  |  |
| **Telephone Number:** | (202) 434-5000 | (202) 434-5000 |
| **Facsimile:** | (202) 434-5029 | (202) 434-5029 |

Date: 2/7/14

s/ Megan Siddall

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.